# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE R. BROOKE JACKSON

---

Date:  December 9, 2011                         Court Reporter: Kara Spitler
Courtroom Deputy:  Laura Galera                 Interpreter: Yuliya Fedasenka-Cloud

---

Civil Case No. 11-cr-00429-RBJ

*Parties*                                       *Counsel:*

UNITED STATES OF AMERICA,                       John Canedy

    Plaintiff,

v.

JOHN DOE, *also known as*                       Gregory D. Rawlings
FARKHAD K. Sharipov,

    Defendant.

---

## COURTROOM MINUTES

---

**TRIAL PREPARATION CONFERENCE**

**9:01 a.m.       Court in Session.**

Appearances of counsel.  Defendant appears in custody.

Interpreter sworn.

Opening remarks by the Court.

Statements by defense counsel and the government regarding the Motion to Continue Trial Doc. # [20].

Defendant has discussed and understands his speedy trial rights and waives them.

1

Court finds the ends of justice would be served by GRANTING the Motion to Continue Trial Doc. # [20].  The Court finds that defense counsel has been diligent in attempting to prepare for trial, but has not had much time to investigate and develop the facts. Therefore, the Court finds that a continuance of **120 days** is sufficient to accomplish additional, necessary investigation and preparation.  The Court further finds there is no inconvenience to the opposing party, the United States has stipulated to the continuance, and that if defendant were forced to proceed to trial on December 19, 2012, he could possibly suffer from an inadequately prepared defense.

**ORDERED:**   **Jury Trial** set December 19, 2011 is VACATED and RESET to **March 26, 2012 at 9:00 a.m.**

**ORDERED:**   A Trial Preparation Conference is set **March 9, 2012 at 10:00 a.m.**

**9:08 a.m.**         **Court in Recess.**

Hearing concluded.

Total time:      00:07